UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
U.S. FLOOR, INC. § Case No. 12-16029-BFK
§
                Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GORDON P. PEYTON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/GORDON P. PEYTON_____

                                                                                  Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ehsanyar Saboor |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | BB&T Bankruptcy Section |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GORDON P. PEYTON | | | | | |
| GORDON P. PEYTON | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Disposal Services | | | | | |
| 5 | American Disposal Services | | | | | |
| 7 | BB&T Bankruptcy Section | | | | | |
| | BB&T Recovery Department P.O. Box 580393 Charlotte, NC  2825 | | | | | |
| 2 | Bayard Sales Corp. | | | | | |
| | Beaulieu Group LLC C/O AG Adjustments 740 Walt Whitman Road | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT  84130 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT  84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Floor Inc. 8194-K Terminal Road Lorton, VA 22079 | | | | | |
| 1 | J.J. Haines & Company, Inc. | | | | | |
| | Mr. Floor 5617 Industrial Drive, Suite D Springfield, VA  22 | | | | | |
| | Ravensworth Properties, LLC 5240 Port Royal Road, Suite 211 | | | | | |
| 4 | Roesel-Heck Co., Inc. | | | | | |
| 3 | SunTrust Bank | | | | | |
| 6 | SunTrust Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-16029 | BFK | Judge: | Brian F. Kenney | | Trustee Name: | GORDON P. PEYTON |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | U.S. FLOOR, INC. | | | | | Date Filed (f) or Converted (c): | 10/08/12 (f) |
| | | | | | | 341(a) Meeting Date: | 11/15/12 |
| For Period Ending: 03/25/14 | | | | | | Claims Bar Date: | 09/16/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2002 TOYOTA CAMRY | 3,650.00 | 0.00 | OA | 0.00 | FA |
| 2 | AUCTION OVERAGE FROM FIFTH THIRD BANK (u) | 2,828.12 | 2,828.12 | | 2,828.12 | FA |
| TOTALS (Excluding Unknown Values) | | $6,478.12 | $2,828.12 | | $2,828.12 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened at 6/11/13 hearing. ED to file asset notice as soon as Order reopening case is entered. NOTE POSSIBLE ISSUE that car re: which surplus was received may have been jointly-owned w/debtor's principal, per Raminpour. (EKL 6/11/13)

Initial Projected Date of Final Report (TFR):   11/14/13      Current Projected Date of Final Report (TFR):   11/14/13

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-16029　　　　　　　　　　　　　　　　　Trustee Name: GORDON P. PEYTON
Case Name: U.S. FLOOR, INC.　　　　　　　　　　　　Bank Name: Capital One Bank
　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX3704 - Checking Account
Taxpayer ID No: XX-XXX6898　　　　　　　　　　　　Blanket Bond (per case limit): $2,000,000.00
For Period Ending: 03/25/14　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No transactions | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 0.00 | |

　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals　　　　　　　0.00　　　　　　　0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 12-16029
Case Name: U.S. FLOOR, INC.
Taxpayer ID No: XX-XXX6898
For Period Ending: 03/25/14

Trustee Name: GORDON P. PEYTON
Bank Name: Union Bank
Account Number/CD#: XXXXXX4647 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/13 | 2 | First Third Bank | | 1221-000 | 2,828.12 | | 2,828.12 |
| 06/18/13 | 001001 | Ehsanyar Saboor<br>c/o Amir Raminpour, Esquire<br>8500 Leesburg Pike, Suite 402<br>Vienna, VA 22182 | 50% of proceeds of surplus from auction of jointly-owned vehicle by lienholder. | 8500-002 | | 1,414.06 | 1,414.06 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 1,399.06 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 1,384.06 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 1,369.06 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 1,354.06 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 1,339.06 |
| 01/30/14 | 001002 | GORDON P. PEYTON<br>510 King Street, Suite 301<br>Alexandria, VA 22314 | (Final distribution to Claim (no claim number), representing a Payment of per court order dated 1/30/14.) | 2100-000 | | 353.52 | 985.54 |
| 01/30/14 | 001003 | GORDON P. PEYTON<br>510 King Street, Suite 301<br>Alexandria, VA 22314 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order dated 1/30/14.) | 2200-000 | | 56.47 | 929.07 |
| 01/30/14 | 001004 | J.J. Haines & Company, Inc.<br>c/o Busman & Busman, P.C.<br>PO Box 7514<br>Fairfax Station, VA 22039 | (Final distribution to Claim 1, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 71.82 | 857.25 |
| 01/30/14 | 001005 | Bayard Sales Corp.<br>c/o University Management Associates & Consultants Corp<br>43 Newburgh Rd, Ste. 402B<br>Hackettstown, NJ 07840-0913 | (Final distribution to Claim 2, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 50.36 | 806.89 |
| | | | Page Subtotals | | 2,828.12 | 2,021.23 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 12-16029
Case Name: U.S. FLOOR, INC.
Taxpayer ID No: XX-XXX6898
For Period Ending: 03/25/14

Trustee Name: GORDON P. PEYTON
Bank Name: Union Bank
Account Number/CD#: XXXXXX4647 - Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/14 | 001006 | SunTrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | (Final distribution to Claim 3, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 59.60 | 747.29 |
| 01/30/14 | 001007 | Roesel-Heck Co., Inc.<br>4300 East Monument Street<br>Baltimore, MD 21205 | (Final distribution to Claim 4, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 15.12 | 732.17 |
| 01/30/14 | 001008 | SunTrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | (Final distribution to Claim 6, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 635.79 | 96.38 |
| 01/30/14 | 001009 | BB&T Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | (Final distribution to Claim 7, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 89.93 | 6.45 |
| 01/30/14 | 001010 | American Disposal Services<br>P.O. Box 1326<br>Centreville, VA 20122 | (Final distribution to Claim 5, representing a Payment of 1.27% per court order dated 1/30/14.) | 7100-000 | | 6.45 | 0.00 |

```
                                              COLUMN TOTALS                        2,828.12        2,828.12        0.00
                                                Less: Bank Transfers/CD's              0.00            0.00
                                              Subtotal                              2,828.12        2,828.12
                                                Less: Payments to Debtors              0.00            0.00
                                              Net                                   2,828.12        2,828.12

                                                                                                     NET         ACCOUNT
                                              TOTAL OF ALL ACCOUNTS              NET DEPOSITS    DISBURSEMENTS    BALANCE
                    Checking Account - XXXXXX3704                                     0.00            0.00         0.00
                    Checking Account - XXXXXX4647                                  2,828.12        2,828.12        0.00
                                                                                 -------------   -------------   ----------
Total Allocation Receipts:          0.00                                           2,828.12        2,828.12        0.00
Total Net Deposits:             2,828.12                                         =============   =============   ==========
Total Gross Receipts:           2,828.12                                        (Excludes account (Excludes payments Total Funds on
                                                                                   transfers)      to debtors)       Hand

                                              Page Subtotals                         0.00           806.89
```